UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

United States of America,

Plaintiff,

- against -

Indy Hunt Inc.
Shaindy Jacobawitz aka Shaindy Jacobowitz

Defendants

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

COMPLAINT

Civil Action No.
26-cv-5317

Plaintiff, the United States of America (the "United States") by and through its designated attorney (pursuant to 31 U.S.C. § 3718(b)(1)(A)), alleges upon information and belief that:

1. Jurisdiction is conferred upon this Court pursuant to 28 U.S.C. § 1345.
2. Defendant Indy Hunt Inc. is an active, domestic, New York corporation, with registered offices at 320 Roebling Street, Brooklyn, NY 11211 within the Eastern District of New York.
3. Upon information and belief, the Defendant Shaindy Jacobawitz aka Shaindy Jacobowitz resides at 185 Penn St, Brooklyn, NY 11211.
4. This lawsuit is filed to recover a sum certain balance due the Plaintiff based on the Defendants' default of an instrument for the payment of money only.

Loan No: 4122707010

5. That on or about November 13, 2019, the defendant Indy Hunt Inc. applied for and signed a Business Access Line of Credit ("the Line of Credit") promising to pay M&T Bank, N.A. the sum of $26,000.00 at a variable interest rate per annum.

6. Pursuant to the Line of Credit, Indy Hunt Inc. received a loan of $26,000.00.
7. A copy of the loan application and Line of Credit with guaranty is attached as Exhibit A.
8. As collateral for the payment of said indebtedness, Shaindy Jacobawitz aka Shaindy Jacobowitz signed and delivered a personal Guaranty of performance of said indebtedness.
9. A copy of the Continuing Guaranty is attached as Exhibit A.
10. The Defendant Indy Hunt Inc, borrower, defaulted and failed to make payment due on June 25, 2021 ("the default").
11. Shaindy Jacobawitz aka Shaindy Jacobowitz defaulted under his obligations as guarantor on June 25, 2021 ("the default").
12. The last payment was received on June 28, 2021.
13. M&T Bank assigned the Line of Credit instrument to the U.S. Small Business Administration on or about January 26, 2022.
14. A copy of the assignment is attached as Exhibit B.
15. The U.S. Small Business Administration is the owner and holder of the Line of Credit.
16. The principal balance due is $25,947.78.
17. Interest is accruing at the rate of 8.5% per annum.
18. The accrued interest due as of June 12, 2026 is $9,486.93.
19. Interest is accruing at the rate of $6.05 per diem.
20. Plaintiff gave notice of this default and has demanded payment of the entire outstanding principal and interest.
21. To-date, the Borrower and Guarantor have failed to repay the loan.

FIRST CAUSE OF ACTION

(breach of note)

22. Plaintiff repeats, reiterates, and re-alleges each and every allegation contained in paragraphs "1" through "21" with the same force and effect.

23. On the Line of Credit, Defendant Indy Hunt Inc. is liable for the principal sum of $25,947.78, plus interest in the sum of $9,486.93 due as of June 12, 2026, plus additional interest accruing at the rate of $6.05 per diem from June 13, 2026 through the date of judgment entry.

SECOND CAUSE OF ACTION

(breach of guaranty)

24. Plaintiff repeats, reiterates, and re-alleges each and every allegation contained in paragraphs "1" through "23" with the same force and effect.

25. Defendant Shaindy Jacobawitz aka Shaindy Jacobowitz is liable as guarantor for the principal sum of $25,947.78, plus interest in the sum of $9,486.93 due as of June 12, 2026, plus additional interest accruing at the rate of $6.05 per diem from June 13, 2026 through the date of judgment entry.

WHEREFORE, the United States requests judgment as follows against defendants:

1. Indy Hunt Inc. for the principal sum of $25,947.78, plus interest in the sum of $9,486.93 due as of June 12, 2026, plus additional interest accruing at the rate of $6.05 per diem from June 13, 2026 through the date of judgment entry;

2. Shaindy Jacobawitz aka Shaindy Jacobowitz for the principal sum of $25,947.78, plus interest in the sum of $9,486.93 due as of June 12, 2026, plus additional interest accruing at the rate of $6.05 per diem from June 13, 2026 through the date of judgment

entry;

3. Post-judgment interest, pursuant to 28 U.S.C. § 1961 at the legal rate then in effect, from the date of entry of judgment until the judgment is paid in full;

4. Such other relief as this Court may deem just and proper.

Dated: New York, New York
August 27, 2026

Respectfully submitted,

BY: */s/ John Manfredi*
John Manfredi
Attorney for Plaintiff
Manfredi Law Group, PLLC
302 East 19th St. Suite 2A
New York, New York 10003
PH: 347 614 7006
Fax 347 332 1740